IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER EDWARD MYER, ) | |
| AIS # 254298, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:10cv406-CSC |
| ) | (WO) |
| CORRECTIONAL MEDICAL SERVS., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, and for good cause, it is

ORDERED and ADJUDGED that judgment be and is hereby ENTERED in favor of the defendant and against the plaintiff and that this case be and is hereby DISMISSED with prejudice, with costs taxed against the plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 9th day of April, 2013.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE